STATE OF NORTH DAKOTA              IN DISTRICT COURT

COUNTY OF CASS              EAST CENTRAL JUDICIAL DISTRICT

| | |
|---|---|
| TrueNorth Steel, Inc., <br><br>           Plaintiff, <br><br> v. <br><br> Monica Delamater, Ryan Berggren, Thomas Meyer, and Berggren Design, <br><br>           Defendants. | Civil No: 09-2013-CV-03276 <br><br><br> **CONFESSION OF JUDGMENT – BERGGREN DESIGN** |

The Plaintiff, TrueNorth Steel, Inc. ("True North"), and the Defendant, Berggren Design, having agreed to settlement of the claims between them, hereby consent and agree to the entry of Judgment as follows:

**IT IS HEREBY FOUND, ORDERED, ADJUDGED AND DECREED** as follows:

1. This Court has jurisdiction over the parties and subject matter of this action.

2. Plaintiff True North is a business corporation duly organized under the laws of the State of North Dakota with its principal place of business at 702 13th Avenue East, West Fargo, North Dakota.

3. Defendant Berggren Design is an unincorporated sole proprietorship owned by Monica Berggren, formerly known as Monica Delamater. Monica Berggren is the registered owner of the trade name "Berggren Design" in the State of North Dakota.

4. From in or around July 2013 to September 2013, Defendant Monica Berggren accessed True North's computer system to obtain quotes, drawings, and product specifications belonging to True North and provided such materials to Defendant Ryan Berggren for use on behalf of Defendant Berggren Design.

5. Defendant Berggren Design knew or should have known True North did not provide its permission or approval for the company to use its quotes, drawings, or product specifications.

6.      Defendant Berggren Design used the quotes, drawings, and product specifications to provide services to a former True North customer, who moved its business from True North to Berggren Design while Defendants Monica Berggren and Ryan Berggren remained employees of True North and without True North's prior knowledge.

7.      Defendant Berggren Design's actions constitute misappropriation of trade secrets as defined in N.D.C.C. § 47-25.1-01, and True North suffered damages as a result of said misappropriation.

8.      Therefore, Judgment is hereby entered in favor of Plaintiff True North on its claim for misappropriation of trade secrets against Defendant Berggren Design in the amount of fifty five thousand dollars and zero cents ($55,000.00).

9.      Plaintiff True North waives any claim for costs, disbursements, attorney fees, or injunctive relief from or against Defendant Berggren Design arising out of the above-captioned case.

10.     This Court retains jurisdiction for the purpose of ensuring compliance with this Judgment.

11.     This Judgment shall finally conclude and dispose of the litigation as between Plaintiff True North and Defendant Berggren Design and shall be entitled to issue preclusion, claim preclusion, res judicata and collateral estoppel effect.

12.     No appeal shall be taken by any party from this Judgment, the right to appeal having been waived.

**AGREED AND CONSENTED TO:**

**Plaintiff True North Steel, Inc.**

Dated this ___26th___ day of May, 2015.

TrueNorth Steel, Inc.
By: _Dan Kadrmar_
Its: _President_

Dated this ___20___ day of May, 2015.

KENNELLY O'KEEFFE, LTD

SEAN T. FOSS (ND ID #06422)
720 Main Avenue
P.O. Box 2105
Fargo, ND 58107-2105
Phone: (701) 235-8000
Fax: (701) 235-8023
stf@kennellylaw.com
Attorney for Plaintiff

**AGREED AND CONSENTED TO:**

**Monica Berggren**

Dated this ___15th___ day of May, 2015.

Monica Berggren

Subscribed and sworn before me this 15ᵗʰ day of May, 2015

RACHEL D. HENRY
Notary Public
State of North Dakota
My Commission Expires Oct. 4, 2015

Notary Public
County of Cass, State of North Dakota
My Commission Expires: 10·4·15

Dated this _15ᵗʰ_ day of May, 2015.

NILLES LAW FIRM

RYAN C. MCCAMY (ND ID #06420)
1800 Radisson Tower
201 Fifth Street North
P.O. Box 2626
Phone: (701) 237-5544
rmccamy@nilleslaw.com
Attorney for Berggren Design

**Ordered by the Court:**

Dated this _____ day of May, 2015.

The Honorable Frank Racek
Judge of the District Court