## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Monica Marie Berggren,<br><br>             Debtor. | Bankruptcy No. 16-30396<br><br>Chapter 13 |
| TrueNorth Steel, Inc.,<br><br>             Plaintiff,<br><br>      v.<br><br>Monica Marie Berggren,<br><br>             Defendants. | Adversary No. 16-07022<br><br><br>**NOTICE AND MOTION FOR APPROVAL OF SETTLMENT AGREEMENT** |

TrueNorth Steel, Inc., by and through the below signed counsel, respectfully requests that the Court approve the Settlement Agreement, filed as Document 4 herein, entered by it and Defendant Monica Marie Berggren.

**NOTICE OF MOTION:** Your rights many be affected by this action. You should read these papers carefully and discuss the matters with your attorney if you have one. Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee, the United States Trustee, and the movant at the addresses listed below. Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

Clerk, U.S. Bankruptcy Court
Quentin N. Burdick U.S. Courthouse
655 First Ave. N. – Suite 210
Fargo, ND  58107-4932

Kyle L. Carlson
Bankruptcy Trustee
P.O. Box 519
Barnesville, MN  56514

United States Trustee
Robert B. Raschke
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

Dated November 30, 2016.

O'KEEFFE, O'BRIEN, LYSON & FOSS

/e/ Sean T. Foss
Sean T. Foss
720 Main Avenue
Fargo, ND  58103
(701) 235-8000
Sean@okeeffeattorneys.com
Attorney for TrueNorth Steel, Inc.

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Monica Marie Berggren,<br><br>Debtor. | Bankruptcy No. 16-30396<br><br>Chapter 13 |
| TrueNorth Steel, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Monica Marie Berggren,<br><br>Defendants. | Adversary No. 16-07022<br><br>**CERTIFICATE OF SERVICE** |

STATE OF NORTH DAKOTA      )
                                                    ) ss.
COUNTY OF CASS                  )

Abby L. Hammes, hereby certifies that she is employed by the offices of O'Keeffe, O'Brien, Lyson & Foss, 720 Main Ave., Fargo, ND  58103, is of legal age and not a party to or interested in the above entitled matter.  That on the 1st day of December, 2016, she caused the following:

### Notice and Motion to Approve Settlement Agreement

To be filed electronically with the Clerk of Court, through ECF, and a copy of the above-referenced documents will be delivered to the people listed below who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System and this notice constitutes service:

Office of the United States Trustee
Robert B. Raschke
ECF Email

Kyle L. Carlson
Bankruptcy Trustee
P.O. Box 519
Barnesville, MN  56514

Sara Diaz
Bulie Law Office
Attorney for Debtor
sara@bulielaw.com

And by placing a true copy in a postage paid envelope addressed to each person named below, at the address stated below, which is the last known address of the addressee, and by depositing said envelope in the United States mail at Fargo, North Dakota.

Monica Marie Berggren
1156 43rd Avenue West
West Fargo, ND  58078


/s/ Abby L. Hammes_____