# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Monica Marie Berggren,<br><br>Debtor. | Bankruptcy No. 16-30396<br><br>Chapter 13 |
| TrueNorth Steel, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Monica Marie Berggren,<br><br>Defendants. | Adversary No. 16-07022<br><br>**ORDER APPROVING SETTLEMENT AGREEMENT** |

On December 1, 2016, TrueNorth Steel, Inc. filed a motion seeking approval of a Settlement Agreement executed by it and Monica Marie Berggren.  A copy of the Settlement Agreement was filed with the Court.  TrueNorth Steel, Inc. served notice of the motion on all parties appearing in the adversary action.  The Court received no objections.

Based upon the motion and the documents filed in this case, the Court finds that the Settlement Agreement is fair and equitable and reflects a balance of the risks of litigation with potential recovery.

Therefore, IT IS ORDERED, that the Motion for Approval of the Settlement Agreement is GRANTED.  The Settlement Agreement filed as Document 4 is APPROVED.

Dated:                     _____

                                     Shon Hastings<br>                                     United States Bankruptcy Judge